# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00253-JAO-WRP |
| CASE NAME: | Antoinette Carvalho vs. Extra Space Storage, Inc. |
| ATTY FOR PLA: | Charles Brower, Esq.<br>Michael Healy, Esq. |
| ATTYS FOR DEFT: | Leighton Hara, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | No Record/VTC |
| DATE: | 2/14/2022 | TIME: | 11:00 a.m. – 12:28 p.m.<br>12:28 p.m. – 12:32 p.m. |

COURT ACTION:  EP:    EARLY SETTLEMENT CONFERENCE

Ms. Antoinette Carvalho was present and represented by Mr. Charles Brower and Mr. Michael Healy.

Mr. Leighton Hara appeared for Defendant along with Brett Nelson, client representative for Extra Storage, Inc.

The Court held an Early Settlement Conference by video teleconference (VTC).  (11:00 a.m. – 12:28 p.m. not recorded)

Discussion held.  Settlement reached.

The Court held a Settlement on the Record by video teleconference. (12:28 – 12:33 p.m. recorded)

Counsel stated the key terms on the record.

The Court found that the parties have entered into a valid and enforceable settlement.

Stipulation for Dismissal shall be submitted to Otake_orders@hid.uscourts.gov no later than March 31, 2022.

All dates and deadlines are VACATED.

*Submitted by: Juliet Parker, Courtroom Manager*