OTA & HARA
A LIMITED LIABILITY LAW COMPANY

LEIGHTON M. HARA          7826-0
Lhara@ota-hara.com
KALLISTA N. HIRAOKA       11328-0
Khiraoka@ota-hara.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2860
Honolulu, Hawaii 96813
Tel. No. (808) 532-1728
Fax No. (808) 532-1729

Attorneys for Defendant
EXTRA SPACE MANAGEMENT, INC., incorrectly named
EXTRA SPACE STORAGE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTOINETTE CARVALHO,<br><br>Plaintiff,<br><br>vs.<br><br>EXTRA SPACE STORAGE, INC.<br><br>Defendant. | Civil No. 21-00253 JAO-WRP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES<br><br>No Trial Date Set |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND ALL PARTIES**

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, by their respective counsel, that all of Plaintiff's claims asserted herein against Defendant are dismissed with prejudice.

This stipulation is based on Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action.  No trial date has been set.  Each party agrees to bear its own attorneys' fees and costs.

DATED:  Honolulu, Hawaii, March 23, 2022.

        /s/ Michael P. Healy
CHARLES H. BROWER
MICHAEL P. HEALY

Attorney for Plaintiff
ANTOINETTE CARVALHO

DATED:  Honolulu, Hawaii, March 23, 2022.

        /s/ Leighton M. Hara
LEIGHTON M. HARA, ESQ.
KALLISTA N. HIRAOKA, ESQ.

Attorneys for Defendant
EXTRA SPACE MANAGEMENT, INC., incorrectly named EXTRA SPACE STORAGE, INC.

APPROVED AS TO FORM:



Jill A. Otake
United States District Judge

---

*Antoinette Carvalho vs. Extra Space Storage, Inc.*; Civil No. 21-00253 JAO-WRP (STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES)